UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCO THONY CADEJUSTE,
    Plaintiff,

vs.                                                Case No.: 3:20cv5604/LAC/EMT

MARK INCH, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding pro se and in forma pauperis, commenced this civil rights case while he was an inmate of the Florida Department of Corrections (FDOC) (*see* ECF No. 1). Plaintiff's complaint and amended complaints asserted constitutional claims against FDOC officials based upon events that occurred at Santa Rosa Correctional Institution (*see* ECF Nos. 1, 16, 25).

In the course of screening Plaintiff's pleadings, pursuant to 28 U.S.C. § 1915(e)(2)(B), the court discovered Plaintiff was released from the FDOC. Plaintiff had not notified the court that his address changed. On January 27, 2022, the undersigned entered an order directing Plaintiff to notify the court of his continued interest in pursuing this litigation by filing a notice of change of address within thirty days (ECF No. 30). The court warned Plaintiff that failure to comply or otherwise respond to the order would result in a recommendation of dismissal of

this case without further notice (*id.*). The court sent the order to Plaintiff at the release address listed on the FDOC's inmate locator.[1] The response deadline has passed, and Plaintiff has not responded to the court's order.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 14th day of March 2022.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] The order has not been returned by the U.S. Postal Service.

Case No.: 3:20cv5604/LAC/EMT